# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ZHOIE PEREZ, | No. CV 23-02236-CBM (DFM) |
| Plaintiff, | Order Accepting Report and Recommendation of United States Magistrate Judge |
| v. | |
| CITY OF BEVERLY HILLS et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Defendant City of Beverly Hills's Motion to Dismiss (Dkt. 29) is GRANTED, and this Defendant is dismissed from this matter with prejudice; and

//
//
//

(2)    Defendant Officer Aceves's Motion to Dismiss (Dkt. 36) is GRANTED in part as to Plaintiff's First Amendment claim (Claim Four), and this claim against this Defendant is dismissed with prejudice. Officer Aceves's Motion is otherwise DENIED.

Date:  July 22, 2024

CONSUELO B. MARSHALL
United States District Judge

2