JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ZHOIE PEREZ, | No. CV 23-02236-CBM (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF BEVERLY HILLS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' Joint Motion for Summary Judgment (Dkt. 72) is granted and this action is dismissed with prejudice.

Date: March 5, 2026

CONSUELO B. MARSHALL
United States District Judge